JOSEPH LUBKIN, on Behalf of Himself and Others, Respondent, *v.* DAVID S. STERN et al., Appellants, Impleaded with Another.

Argued June 18, 1941; decided July 29, 1941.

*Eugene L. Bondy* for appellants.

*Leo B. Mittelman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.